Cite as 2023 Ark. 116
# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS JUDICIAL DISCIPLINE AND DISABILITY COMMISSION APPOINTMENTS | **Opinion Delivered** June 22, 2023 |

## PER CURIAM

Judge Mark Lindsey of Fayetteville and Judge Andrew Bailey of Mountain Home are reappointed to the Arkansas Judicial Discipline and Disability Commission for a six-year term to expire on June 30, 2029. Judge Tjuana Byrd Manning is appointed to the Arkansas Judicial Discipline and Disability Commission for a six-year term to expire on June 30, 2029, to fill the position being vacated by Judge Tommy Fowler, whose term expires on June 30, 2023.

The court thanks Judge Lindsey and Judge Bailey for accepting these reappointments and Judge Manning for accepting this appointment. The court also expresses its gratitude to Judge Fowler for his years of service on the commission.

WOMACK, J., concurs. *See Ark. Judicial Discipline & Disability Comm'n*, 2021 Ark. 27 (Womack, J., concurring) (per curiam).